**Boaz RAFAELI, Plaintiff/Appellant,**

v.

**Vivian DELIA, Defendant/Respondent.**

No. ED 87676.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 24, 2006.

Boaz Rafaeli, Clayton, pro se.

Vivian Delia, Wildwood, pro se.

Before ROY L. RICHTER, P.J., KATHIANNE KNAUP CRANE, J. and SHERRI B. SULLIVAN, J.

## ORDER

PER CURIAM.

Boaz Rafaeli (Appellant) appeals from the trial court's judgment dismissing his petition without prejudice. We have reviewed Appellant's brief and the record on appeal and conclude that the trial court did not err. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).